UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LENNOX EMMANUEL,

               Plaintiff,

**DECLARATION OF ATTORNEY FRED LICHTMACHER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES**
CIVIL ACTION NO.: 05 cv 8854 (MGC)

    -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
PORT AUTHORITY POLICE DEPARTMENT, PORT
AUTHORITY POLICE OFFICERS M. RANDAZZO AND
K. BABISCKO, PORT AUTHORITY POLICE
SERGEANT ENG and UNIDENTIFIED PORT
AUTHORITY POLICE OFFICERS AND EMPLOYEES,

               Defendants.
------------------------------------------------------------X

      **FRED LICHTMACHER, ESQ.,** pursuant to 28 U.S.C. §1746, declares under penalty of perjury as follows:

      **FRED LICHTMACHER, ESQ.**, being duly sworn, deposes and says.

1     I am an attorney duly admitted to practice law before the courts of the State of New York as well as in the Southern, Eastern and Northern district federal courts.   I am the attorney for the plaintiff in the above-entitled matter, and  I am familiar with the facts and circumstances hereinafter contained within, the source of my knowledge being the contents of my file, having filed this case, conducted discovery and tried this matter to a verdict.

2     This attorney did not charge the plaintiff anything for representing him, nor did I pass along any of the expenses.

3     No hourly fee was negotiated with my client, who clearly is a mature gentleman of modest means.

4	Slip 627 which is contested by the defendants is this attorney's effort to locate the witnesses the defendants so adamantly hid throughout this litigation, sometimes contrary to the Court's explicit Orders.

5	This attorney wrote dozens of letters to every address for every individual with the same name as the eight witnesses whose locations defendants kept secret.

6	This attorney generated no excessive hours for this matter and needed every moment I spent on it to present the case I envisioned and prevailed by presenting.


Dated:	New York, New York
	September 16, 2007

	 _____
	Fred Lichtmacher Esq. (FL-5341)
	The Empire State Building
	350 5th Avenue Suite 7116
	New York New York 10118
	(212) 922-9066
	Fax # (212) 922-9077

To:	Christopher J. Neuman
	care of the Port Authority of New York and New Jersey
	225 Park Avenue South 13th Floor
	New York, New York 10003